764 A.2d 1053

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Zachary WITMAN, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 20, 2000.

## *ORDER*

PER CURIAM.

AND NOW, this 20th day of December, 2000, the Petition for Allowance of Appeal is hereby DENIED. The Motion for Admission Pro Hac Vice is hereby GRANTED.